UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WENDY VANESSA ACOSTA-AREVALO,

    Defendant.
_____/

Hon. Jane M. Beckering

Case No. 1:25-cr-00076-3

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in an Indictment. Count 1 charges defendant with interstate transportation of stolen property, in violation of 18 U.S.C. §§ 2314 and 2.

The government sought defendant's detention on the basis that she poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on June 16, 2025, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the appearance of the defendant. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on June 16, 2025.

  /s/ Phillip J. Green  
PHILLIP J. GREEN  
United States Magistrate Judge