UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                           Case No. 1:25-cr-76-3

v.

                                           HON. JANE M. BECKERING

WENDY VANESSA ACOSTA-AREVALO,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on July 28, 2025 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.      The Report and Recommendation of the Magistrate Judge (ECF No. 58) is approved and adopted as the opinion of the Court.

2.      Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge set forth in Count One of the single-count Indictment.

3.      The written plea agreement is hereby continued under advisement pending sentencing.

Dated: August 12, 2025                                 /s/ Jane M. Beckering
                                                 JANE M. BECKERING
                                                 United States District Judge